IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DAWN STROBEL,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DRUG ENFORCEMENT AGENCY, et al.,<br><br>Defendants. | Case No. 2:11-CV-00053-RLM-PRC |

**PLAINTIFF'S STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Comes now Plaintiff, Dawn Strobel, by counsel, David L. Scher; Defendant, Lake County High Intensity Drug Trafficking Area ("HIDTA"), by counsel, John E. Hughes; Defendant, State of Indiana, by counsel, David Arthur; Defendant, Drug Enforcement Agency, and Defendant, Edward Rysiewicz, by counsel, Joseph Reid; and Defendant, City of Crown Point, by counsel, Matthew Hinkle, and stipulate to dismiss all claims by Plaintiff, against Defendant, Lake County High Intensity Drug Trafficking Area; Defendant, State of Indiana; Defendant, Drug Enforcement Agency; Defendant, Edward Rysiewicz; and Defendant, City of Crown Point with prejudice, pursuant to the Federal Rules of Procedure 41(a)(2) with prejudice. Costs paid.

/s/ David L. Scher
David L. Scher
The Employment Law Group PC
888 17th Street NW, Suite 900
Washington, DC 20006
*Attorney for Plaintiff*

/s/ John E. Hughes
John E. Hughes
Hoeppner Wagner & Evans LLP
Twin Towers South
1000 East 80th Place, 6th Floor
P.O. Box 10627
Merrillville, IN 46410
*Attorney for Defendant,*
*Lake County High Intensity Drug Trafficking Area ("HIDTA")*

/s/ David A. Arthur
David A. Arthur
Indiana Attorney General's Office
302 W. Washington Street, 5th Floor
Indianapolis, IN 46204-2770
*Attorney for Defendant, State of Indiana*

/s/ Matthew L. Hinkle
Matthew L. Hinkle
Coots, Henke & Wheeler, P.C.
25 E. Carmel Drive
Carmel, IN 46032
*Attorney for Defendant, City of Crown Point*

/s/ Joseph S. Reid
Joseph S. Reid - AUSA
US Attorney's Office - Ham/IN
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
*Attorney for Defendants, Defendants, Drug Enforcement Agency and Edward Rysiewicz*