IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| DAWN STROBEL,<br><br>Plaintiff<br><br>vs.<br><br>UNITED STATES DRUG ENFORCEMENT AGENCY, *et al.*,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:11-CV-53 RLM |

ORDER

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the parties' stipulated motion for dismissal [Doc. No. 100] is GRANTED, and this case is DISMISSED with prejudice, costs paid.

SO ORDERED.

ENTERED: November 15, 2011

/s/ Robert L. Miller, Jr.
Judge, United States District Court

cc: David L. Scher
John E. Hughes
David A. Arthur
Matthew L. Hinkle
Joseph S. Reid